ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2004 NOV 23  AM 10: 35

CLERK OF COURT

Mark V. Oppenheimer
3129 Sondra Drive #202
Fort Worth, Texas 76107
Voice: 817-878-4204

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THERESA LYNCH, | § § § | Civil Action No.<br><br>4:04-CV-738 Y |
| Plaintiff, | § § | **UNOPPOSED MOTION TO DISMISS WITH PREJUDICE** |
| CREDIT PROTECTION ASSOCIATION, L.P., | § § § | |
| Defendant. | § | (Unlawful Debt Collection Practices) |

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Theresa Lynch, Plaintiff, moves the Court to dismiss this action with prejudice. The parties have settled all of the disputed matters reaised in this action, and there is no any case or controversy to put before the Court.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that the Court dismiss the above-entitled and numbered action with prejudice.

Respectfully submitted

Mark V. Oppenheimer
ATTORNEY FOR PLAINTIFF
3129 Sondra Drive #202
Fort Worth, Texas 76107
Voice: 817-878-4204

Mark V. Oppenheimer
3129 Sondra Drive #202
Fort Worth, Texas 76107
Voice: 817-878-4204

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THERESA LYNCH, | § | Civil Action No. |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | ORDER DISMISSING WITH PREJUDICE |
| | § | |
| CREDIT PROTECTION ASSOCIATION, L.P., | § | |
| | § | |
| Defendant. | § | (Unlawful Debt Collection Practices) |

**ORDER DISMISSING WITH PREJUDICE**

**ON THIS DAY** CAME ON TO BE HEARD Plaintiff's Unopposed Motion to Dismiss with Prejudice. The Court finds that such motion should be granted

IT IS THEREFORE ORDERED that the above-entitled and numbered action is hereby dismissed with prejudice to the re-fing of same. It is further ordered that all costs be and are taxed against the Plaintiff.

SIGNED this ____ day of November, 2004.

_____
UNITED STATES DISTRICT COURT